THE MECHANICS' AND TRADERS' NATIONAL BANK, *Appellant and Respondent, v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK and others, *Respondents and Appellants.* — Judgment affirmed, with costs. Opinion by INGALLS, J.

MARY MARTIN and others, *Appellants, v.* CATHARINE MARTIN, *Respondent, Impleaded, etc.* — Judgment affirmed, with costs. Opinion by INGALLS, J.

MARIE DOLD, *Plaintiff, v.* GEORGE A. HAGGERTY and others, *Defendants.* — Order modified as directed in opinion, and as modified affirmed, with ten dollars costs and disbursements. Opinion by INGALLS, J.

MARCUS FLEISCHAUER, *Respondent, v.* JOHN F. DOELLNER, *Appellant, Impleaded, etc.* — Judgment and order affirmed, with costs. Opinion by INGALLS, J.

JOHN RIEGELMANN and others, *Appellants, v.* ROSINA RIEGELMANN, *Individually and as Executrix, etc., of* JOHN RIEGELMANN, *Deceased,* and others, *Respondents.* — Decree reversed; order entered as directed in opinion. Opinion by DANIELS, J.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN J. McCARTHY *v.* THE BOARD OF POLICE. — The relator must be restored. Ordered accordingly. Opinion by BRADY, P. J.

IN THE MATTER OF SALOME LOEW TO VACATE AN ASSESSMENT, ETC. — Order affirmed, with ten dollars costs and disbursements. Opinions by BRADY, P. J., and DANIELS, J.

IN THE MATTER OF JOHN R. VOORHIS TO VACATE AN ASSESSMENT. — Order affirmed, with ten dollars costs and disbursements. Opinions by BRADY, P. J., and DANIELS, J.

DAVID B. DUNCAN and DAVID DUNCAN, *Respondents, v.* ISAAC B. GUEST, *Appellant.* — Plaintiffs should be required to elect between the attachment and the order of arrest. If the plaintiff declines to make this election within ten days after the entry and service of the order to be entered herein, then the order appealed from is discharged. If the election be made of the order of arrest it will be affirmed, otherwise it is reversed, no costs to either party. Opinion by BRADY, P. J.

FLORENCE M. DE MELI, *Respondent, v.* HENRY A. DE MELI, *Appellant.* — Orders affirmed, with ten dollars costs and disbursements. Opinion by BRADY, J.

FRANCIS E. BURROWS, *Plaintiff, v.* NATHANIEL K. THOMPSON, *Defendant.* — Judgment affirmed, with costs. Opinion by BRADY, P. J.

IN THE MATTER OF WILLIAM DOLL, AN ATTORNEY, ETC. — Application dismissed, without costs. Opinion *Per Curiam.*

ALGERNON S. SULLIVAN *v.* THE REMINGTON SEWING MACHINE COMPANY. — Motion to resettle denied.